UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Yordenis Guilarte Salvia,

*Plaintiff*,

v.

Kristi Noem, *Secretary, USDHS*,

*Defendant*.

No. 6:26-CV-64-CRW-DNM

**ORDER DISMISSING HABEAS PETITION**

On September 1, 2026, Petitioner Yordenis Guilarte Salvia advised the Court that he had been released from custody. Dkt. No. 6. Thus, the petition for writ of habeas corpus is now moot.

It is therefore ordered that Guilarte Salvia's petition (Dkt. No. 1) is **DISMISSED AS MOOT.**

So ordered on November 16, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE